# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

April 24, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Darrin Erlichman
             v. Stater Bros. Markets, et al.
             No. 13-1288
             (Your No. 12-55797)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on April 16, 2014 and placed on the docket April 24, 2014 as No. 13-1288.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst